TUGWELL, appellant, v. BUSSING.

*Execution — sale in parcels.*

While a sheriff is bound to sell personal property levied upon by virtue of an execution and capable of being so sold, in parcels, the existence of chattel mortgages upon such property would present a different question as to his duty in selling. 4 Denio, 171; 28 How. 12.

APPEAL from a judgment in favor of defendant at the circuit. The action was brought in Westchester county by Mary E. Tugwell, administratrix of Noah Tugwell, deceased, against John Bussing, late sheriff of said county, to recover damages for selling property levied upon under execution altogether instead of in parcels.

*Geo. W. Rathbun* and *Wm. W. Mann,* for appellant.

*Close & Robertson,* for respondent.

TALCOTT, J.

There is nothing material for publication in the opinion.

*New trial ordered.*